```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
RYAN O'DELL,                                          :
                                                      :
                    Plaintiff,                        :   Civ. No.   1:23-cv-556
                                                      :
v.                                                    :
                                                      :
CINCOR PHARMA, INC., MARC DE                          :
GARIDEL, DAVID ALLISON, PH.D.,                        :
MAINA BRAMAN, MBA, JAMES I.                           :
HEALY, M.D., PH.D., TROY IGNELZI,                     :
JUNE LEE, M.D., JASON PITTS, PH.D., and               :
JOHN F. THERO,                                        :
                                                      :
                    Defendants.                       :
--------------------------------------------------------  :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  February 21, 2023                    Respectfully submitted,

                                             **MELWANI & CHAN LLP**

                                             /s *Gloria Kui Melwani*
                                             Gloria Kui Melwani (GM5661)
                                             1180 Avenue of the Americas, 8th Floor
                                             New York, New York 10036
                                             Tel: (212) 382-4620
                                             Email:  gloria@melwanichan.com

                                             *Attorneys for Plaintiff*

```
The Clerk of Court is directed to close the
case.
```



SO ORDERED.
2/23/2023
DATE                    VICTOR MARRERO, U.S.D.J.